1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANA DEE EMERSON,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-1989-RSM

**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

(3) On remand, the ALJ shall (1) reevaluate Ms. Lums and Dr. Sandman's opinion, (2) reevaluate Dr. Pepka's opinion regarding Ms. Emerson's standing and walking limitations, (3) further develop the record as appropriate, and (4) revise Ms. Emerson's residual functional capacity and proceed with steps four and five of the sequential evaluation process as necessary.

The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 27th day of June 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2